DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CATHERINE E. BASHAM
  Chief Deputy County Counsel – State Bar No. 128408
KATWYN T. DELAROSA – State Bar No. 267157
  Deputy County Counsel
FRESNO COUNTY COUNSEL
2220 Tulare Street, Suite 500
Fresno, California  93721
Telephone:  (559) 600-3479
Facsimile:    (559) 600-3480

Attorneys for Defendant
BRANDI L. ORTH,
Fresno County Clerk/Registrar of Voters

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| THE UNITARIAN UNIVERSALIST CHURCH OF FRESNO<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDI L. ORTH, Fresno County Clerk/Registrar of Voters<br><br>　　　　　　　Defendants. | Case No.  1:19-CV-00808-AWI-BAM<br><br>**STIPULATED PROTECTIVE ORDER RE DISCLOSURE OF PRIVATE INFORMATION** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between legal counsel for Fresno County and Defendant BRANDI L. ORTH and for Plaintiff, THE UNITARIAN UNIVERSALIST CHURCH OF FRESNO (hereinafter collectively the "Parties"), that:

　　　　The Parties intend to seek information about complaints lodged with Defendant by non-parties to this action (hereinafter "Complainants") regarding the use of polling locations in Fresno County.  Records or other information disclosed during discovery in

this case may contain the names, addresses, phone numbers and other personal information concerning the Complainants. In the interest of maintaining the privacy of the Complainants, the Parties agree to the following restrictions regarding the use of Complainants' identifying information:

1. Complainants' names, addresses, phone numbers and other identifying information (hereinafter "Personal Information") will not be shown or disclosed to any person or used in any fashion by any party to this action except in connection with this judicial proceeding and as may be directly necessary in the preparation for litigation and litigation of this action.

2. The parties shall make all reasonable efforts to avoid disclosure of Personal Information of Complainants including using redacted copies of records whenever possible in this litigation. The parties shall also use good faith efforts to develop a system of identifying Complainants with agreed upon aliases or numerical designations whenever possible in this litigation to avoid the disclosure of Complainants' Personal Information to the public.

3. Any records or information produced containing the Personal Information of Complainants shall be used solely in connection with the case of *Unitarian Universalist Church of Fresno v. Orth*, case number 1:19-CV-00808-AWI-BAM, including associated appellate proceedings and collateral review, and not for any other purpose.

4. This protective order/stipulation shall be applicable to the parties, and any attorney, investigator, expert witness, agent, or other representative of either Party.

5. At the conclusion of this matter, all records containing Personal Information or copies of such records shall be destroyed or returned to the respective Party's counsel, regardless of the outcome of the case. If said records are destroyed, notification of their destruction is to be given to counsel for Defendant by counsel for Plaintiff.

6. This protective order/Stipulation shall be continuing in nature, and shall apply whether the case is pending before a trial or appellate court.

Dated: August 19, 2019          /S/ Katwyn T. DeLaRosa
                                KATWYN T. DELAROSA
                                Deputy County Counsel
                                Attorneys for Defendant
                                BRANDI L. ORTH, County Clerk/Registrar of
                                Voters for the County of Fresno


Dated: August 14, 2019          /S/ Christine P. Sun (as authorized on 8/23/19)
                                CHRISTINE P. SUN
                                Attorney for Plaintiff The Unitarian Universalist
                                Church of Fresno

IT IS SO ORDERED.

  Dated:  **August 27, 2019**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

---