MOLLIE M. LEE (SBN 251404)
CHRISTINA E. FLETES-ROMO (SBN 312661)
ANGÉLICA H. SALCEDA (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
mlee@aclunc.org
cfletes@aclunc.org
asalceda@aclunc.org

RILEY SAFER HOLMES & CANCILA LLP
STEPHEN M. HANKINS (SBN 154886)
MISHAN R. WROE (SBN 299296)
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
shankins@rshc-law.com
mwroe@rshc-law.com

*Attorneys for Plaintiff The Unitarian
Universalist Church of Fresno*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| THE UNITARIAN UNIVERSALIST CHURCH OF FRESNO,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDI L. ORTH, Fresno County Clerk/Registrar of Voters,<br><br>Defendant | Case No.: 1:19-cv-00808-LJO-BAM<br><br>**STIPULATED PROTECTIVE ORDER REGARDING CHURCH MEMBERS AND ASSOCIATES' PRIVATE INFORMATION** |

IT IS HEREBY STIPULATED AND AGREED by and between legal counsel for Fresno County and Defendant BRANDI L. ORTH and for Plaintiff, THE UNITARIAN UNIVERSALIST CHURCH OF FRESNO (hereinafter the "Church"), that:

Defendant seeks information about documents in the Church's possession that relate to Defendant's decision not to use the Church as a polling place. Records or other information disclosed during discovery in this case may contain confidential information about Church members, friends, volunteers, staff, board members, or the family members of these individuals (collectively "Church members and associates"). In the interest of maintaining the privacy of Church members and associates, the Parties agree to the following restrictions regarding the use of Church members and associates' personal information:

1. Church members and associates' names, addresses, phone numbers, e-mail addresses, and other identifying or personal information (hereinafter "Personal Information") will not be shown or disclosed to any person or used in any fashion by any party to this action except in connection with this judicial proceeding and as may be directly necessary in the preparation for litigation and litigation of this action.

2. The parties shall make all reasonable efforts to avoid disclosure of Personal Information of Church members and associates including using redacted copies of records whenever possible in this litigation to avoid the disclosure of Church members and associates' Personal Information to the public.

3. Any records or information produced containing the Personal Information of Church members and associates shall be used solely in connection with the case of *Unitarian Universalist Church of Fresno v. Orth*, case number 1:19-CV-00808-LJO-BAM, including associated appellate proceedings and collateral review, and not for any other purpose.

4. This protective order/stipulation shall be applicable to the parties, and any attorney, investigator, expert witness, agent, or other representative of either Party.

5. At the conclusion of this matter, all records containing Personal Information of Church members and associates or copies of such records shall be destroyed or returned to the respective Party's counsel, regardless of the outcome of the case. If said records are destroyed, notification of their destruction is to be given to counsel for Defendant by counsel for Plaintiff.

6. This protective order/Stipulation shall be continuing in nature, and shall apply whether the case is pending before a trial or appellate court.

7. Nothing in this Agreement overrides any attorney's ethical responsibilities to refrain from examining or disclosing materials that appear on its face to be privileged and to disclose to the producing party that such materials have been produced.

DATED: November 8, 2019  /s/ Mollie M. Lee
Mollie M. Lee
*Attorney for Plaintiff The Unitarian Universalist Church of Fresno*

DATED: November 8, 2019  (as authorized on 11/8/19)  /s/ Katwyn T. DeLaRosa
Katwyn T. DeLaRosa
*Attorney for Defendant BRANDI L. ORTH, County Clerk/Registrar of Voters for the County of Fresno*

# **ORDER**

The Court adopts the stipulated protective order submitted by the parties. The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents subject to this protective order to be filed under seal must be accompanied by a written request which complies with Local Rule 141 prior to sealing. The party making a request to file documents under seal shall be required to show good cause for documents attached to a non-dispositive motion or compelling reasons for documents attached to a dispositive motion. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2009). Within five (5) days of any approved document filed under seal, the party shall file a redacted copy of the sealed document. The redactions shall be narrowly tailored to protect only the information that is confidential or was deemed confidential. Additionally, the parties shall consider resolving any dispute arising under this protective order according to the Court's informal discovery dispute procedures.

IT IS SO ORDERED.

Dated: **November 13, 2019**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE