MOLLIE M. LEE (SBN 251404)
CHRISTINA E. FLETES-ROMO (SBN 312661)
ANGÉLICA H. SALCEDA (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
mlee@aclunc.org
cfletes@aclunc.org
asalceda@aclunc.org

RILEY SAFER HOLMES & CANCILA LLP
STEPHEN M. HANKINS (SBN 154886)
MISHAN R. WROE (SBN 299296)
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
shankins@rshc-law.com
mwroe@rshc-law.com

*Attorneys for Plaintiff The Unitarian Universalist Church of Fresno*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| THE UNITARIAN UNIVERSALIST CHURCH OF FRESNO,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDI L. ORTH, Fresno County Clerk/Registrar of Voters,<br><br>Defendant | Case No.: 1:19-cv-00808-LJO-BAM<br><br>**STIPULATION AND ORDER FOR FILING OF FIRST AMENDED COMPLAINT**<br><br>Trial Date: December 15, 2020<br>Time: 8:30 a.m.<br>Department: 4 (LJO)<br>Judge: Hon. Lawrence Joseph O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit A. This stipulation does not waive any right or argument the County may have that the First Amended Complaint and each and every claim or cause of action in the First Amended Complaint may fail to state a valid cause of action or be otherwise legally or factually deficient. The County would not be barred from asserting any such defects in a motion to dismiss to the First Amended Complaint or in any appropriate manner in this litigation.

IT IS FURTHER STIPULATED that Defendant waives notice and service of the First Amended Complaint. The First Amended Complaint shall be deemed served when it is filed in this matter, following court approval, and Defendant's response to Plaintiff's First Amended Complaint shall be due within 21 days of that date.

DATED: January 17, 2020        /s/ Mollie M. Lee
Mollie M. Lee
*Attorney for Plaintiff The Unitarian Universalist Church of Fresno*

DATED: January 17, 2020        (as authorized 1/17/2020)    /s/ Katwyn T. DeLaRosa
Katwyn T. DeLaRosa
*Attorney for Defendant Brandi L. Orth, Fresno County Clerk/Registrar of Voters*

**ORDER**

Pursuant to the parties' stipulation, Plaintiff may file its First Amended Complaint, a copy of which is attached as Exhibit A to the parties' stipulation (Doc. No. 23), within seven days of this Order. Defendants' response to the First Amended Complaint shall be filed within twenty-one (21) days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated: **January 22, 2020**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE