MOLLIE M. LEE (SBN 251404)
CHRISTINA E. FLETES-ROMO (SBN 312661)
ANGÉLICA H. SALCEDA (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
mlee@aclunc.org
cfletes@aclunc.org
asalceda@aclunc.org

RILEY SAFER HOLMES & CANCILA LLP
STEPHEN M. HANKINS (SBN 154886)
MISHAN R. WROE (SBN 299296)
456 Montgomery Street, 16th Floor
San Francisco, CA  94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
shankins@rshc-law.com
mwroe@rshc-law.com

*Attorneys for Plaintiff The Unitarian
Universalist Church of Fresno*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| THE UNITARIAN UNIVERSALIST CHURCH OF FRESNO,<br><br>        Plaintiff,<br><br>vs.<br><br>BRANDI L. ORTH, Fresno County Clerk/Registrar of Voters,<br><br>        Defendant | Case No.: 1:19-cv-00808-NONE-BAM<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE AND EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>Trial Date:   December 15, 2020<br>Time:        8:30 a.m.<br>Department:  4<br>Judge:       Unassigned |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record to the following briefing schedule, with the briefs to be filed and served on the dates indicated:

Plaintiff's Opposition to Motion to Dismiss: March 4, 2020

Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss: March 11, 2020

Motion Hearing, if necessary: March 18, 2020

This is the first extension of time sought by Plaintiff regarding this motion. The Court previously entered a stipulated order giving Defendant one additional week to respond to Plaintiff's First Amended Complaint (Docket 24).

DATED: February 14, 2020          /s/ Christina E. Fletes-Romo

Christina E. Fletes-Romo
*Attorney for Plaintiff The Unitarian Universalist Church of Fresno*

DATED: February 14, 2020          (as authorized 2/14/2020)  /s/ Katwyn T. DeLaRosa

Katwyn T. DeLaRosa
*Attorney for Defendant Brandi L. Orth, Fresno County Clerk/Registrar of Voters*

ORDER ON STIPULATION

The above Stipulation is adopted as to the briefing deadlines proposed.  The parties are informed, however, that pursuant to the Standing Order issued February 3, 2020 (Doc. No. 26), no hearing date will be calendared for the pending motion.  Unless the court re-schedules the hearing date in accordance with its own availability, the matter will be taken under submission on the papers pursuant to Local Rule 230(g).

IT IS SO ORDERED.

Dated:  **February 18, 2020**          _Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE