1  DANIEL C. CEDERBORG
     County Counsel – State Bar No. 124260
2  CATHERINE E. BASHAM
     Chief Deputy County Counsel – State Bar No. 128408
3  KATWYN T. DELAROSA
     Deputy County Counsel   – State Bar No. 267157
4  REBEKAH A. EROPKIN
     Deputy County Counsel  – State Bar No. 276416
5  FRESNO COUNTY COUNSEL
6  2220 Tulare Street, Suite 500
   Fresno, California   93721
7  Telephone:  (559) 600-3479
   Facsimile:    (559) 600-3480

Attorneys for Defendant
BRANDI L. ORTH,
Fresno County Clerk/Registrar of Voters

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| THE UNITARIAN UNIVERSALIST CHURCH OF FRESNO<br><br>Plaintiff,<br><br>v.<br><br>BRANDI L. ORTH, Fresno County Clerk/Registrar of Voters<br><br>Defendants. | Case No.  1:19-CV-00808-NONE-BAM<br><br>**STIPULATED PROTECTIVE ORDER RE DISCLOSURE OF COUNTY OF FRESNO PRECINCT OFFICER PRIVATE INFORMATION** |

IT IS HEREBY STIPULATED AND AGREED by and between legal counsel for Fresno County and Defendant BRANDI L. ORTH and for Plaintiff, THE UNITARIAN UNIVERSALIST CHURCH OF FRESNO (hereinafter collectively the "Parties"), that:

The Parties intend to seek information about the selection and use of polling locations in Fresno County. Records or other information disclosed during discovery in

this case may contain the names, addresses, phone numbers and other personal information concerning the Precinct Officers and/or Election Officers assigned to these polling locations (hereinafter "Precinct Officers"). In the interest of maintaining the privacy of the Precinct Officers, the Parties agree to the following restrictions regarding the use of Precinct Officers' identifying information:

1. Precinct Officers' addresses and phone numbers (hereinafter "Personal Information") will not be shown or disclosed to any person or used in any fashion by any party to this action except in connection with this judicial proceeding and as may be directly necessary in the preparation for litigation and litigation of this action.

2. The parties shall make all reasonable efforts to avoid disclosure of Personal Information of Precinct Officers including using redacted copies of records whenever possible in this litigation to avoid the disclosure of Precinct Officers' Personal Information to the public.

3. Any records or information produced containing the Personal Information of Precinct Officers shall be used solely in connection with the case of *Unitarian Universalist Church of Fresno v. Orth*, case number 1:19-CV-00808-NONE-BAM, including associated appellate proceedings and collateral review, and not for any other purpose.

4. This protective order/stipulation shall be applicable to the parties, and any attorney, investigator, expert witness, agent, or other representative of either Party.

5. At the conclusion of this matter, all records containing Personal Information or copies of such records shall be destroyed or returned to the respective Party's counsel, regardless of the outcome of the case. If said records are destroyed, notification of their destruction is to be given to counsel for Defendant by counsel for Plaintiff.

6. This protective order/Stipulation shall be continuing in nature, and shall apply whether the case is pending before a trial or appellate court.

//
//
//

| | | |
|---|---|---|
| Dated: March 19, 2020 | | /s/ Katwyn T. DeLaRosa |

Dated: March 19, 2020                /s/ Katwyn T. DeLaRosa
                                     KATWYN T. DELAROSA
                                     Deputy County Counsel
                                     Attorneys for Defendant
                                     BRANDI L. ORTH, County Clerk/Registrar of
                                     Voters for the County of Fresno

Dated: March 19, 2020                /s/ Mollie Lee (as authorized on 3/19/20)
                                     MOLLIE LEE
                                     Attorneys for Plaintiff The Unitarian Universalist
                                     Church of Fresno

## ORDER

The Court adopts the stipulated protective order submitted by the parties. The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents subject to this protective order to be filed under seal must be accompanied by a written request which complies with Local Rule 141 prior to sealing. The party making a request to file documents under seal shall be required to show good cause for documents attached to a non-dispositive motion or compelling reasons for documents attached to a dispositive motion. Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 677-78 (9th Cir. 2009). Within five (5) days of any approved document filed under seal, the party shall file a redacted copy of the sealed document. The redactions shall be narrowly tailored to protect only the information that is confidential or was deemed confidential. Also, the parties shall consider resolving any dispute arising under this protective order according to the Court's informal discovery dispute procedure.

IT IS SO ORDERED.

Dated:  **March 20, 2020**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE